Filing # 100957591 E-Filed 12/31/2019 08:13:53 AM

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

BRENDA SHIELDS,

    Plaintiff,

vs.

FAMILY DOLLAR STORES OF FLORIDA, LLC., a Foreign Limited Liability Company, FAMILY DOLLAR STORES OF FLORIDA, INC., a Florida corporation, and FAMILY DOLLAR STORES OF FLORIDA, INC., a Virginia corporation,

    Defendants.

_____

## COMPLAINT

Plaintiff, BRENDA SHIELDS, sues Defendants, FAMILY DOLLAR STORES OF FLORIDA, LLC., a Foreign Limited Liability Company, FAMILY DOLLAR STORES OF FLORIDA, INC., a Florida corporation, and FAMILY DOLLAR STORES OF FLORIDA, INC., a Virginia corporation, and states:

1. This is an action for damages that exceed $15,000.00 exclusive of costs and attorney's fees.

2. Plaintiff is a resident of Jacksonville, Duval County, Florida.

3. Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., is a Limited Liability Corporation doing business in the State of Florida and elsewhere.

4. Defendant, FAMILY DOLLAR STORES OF FLORIDA, INC., is a Florida Corporation doing business in the State of Florida and elsewhere.

5. Defendant, FAMILY DOLLAR STORES OF FLORIDA, INC., is a Virginia Corporation doing business in the State of Florida and elsewhere and which merged with the Florida Corporation, FAMILY DOLLAR STORES OF FLORIDA, INC. referred to in paragraph 4 above.

6. On or about May 2, 2016, the Defendant(s) owned and operated a store at 1100 Dunn Ave,

Jacksonville, FL 32218.

7. On said date, the Plaintiff was in the store as a customer/invitee of the Defendants.

8. On the said date, the Defendants negligently caused and allowed a store advertisement paper and/or foreign objects to be left on the floor in an aisle so as to put the floor in an unsafe and unsuitable condition, and unfit for patrons to walk thereon. Said foreign object was on the floor for a long period of time such that Defendant(s) either knew or should have known of its presence.

9. In consequence of the negligence and carelessness of the Defendants, the Plaintiff, slipped on the store advertisement paper referred to in paragraph 8 and fell violently to the floor.

10. As a result, the Plaintiff experienced immediate bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

**WHEREFORE**, the Plaintiff demands judgment against the Defendants for damages and demand trial by jury.

DATED this 9 day of D.o.C., 2019.

WILLIE J. WALKER, ESQUIRE
Florida Bar Number 0464767
625 W. Union Street, Suite 3
Jacksonville, FL 32202
(904)358-7104 Telephone
(904)353-3702 Facsimile
Attorney for Plaintiff